SUTTON CARPET CLEANERS, INC., v. FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY. RUTH C. WRIGHT v. HYMAN LEVINE et al. and FIRE-MEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs.

Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See *ante,* p. 944.]